FILED
JUN 16 2008
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENTERED
JUN 17 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

In re                                    )    Bk. No. SA99-17678TA
CAROL ANN JACKSON            )
                                             )
                                             )    ORDER DENYING REQUEST FOR
                                             )    RELEASE OF UNCLAIMED FUNDS
                                             )    (28 U.S.C. Section 2042,
Debtor (s)                               )    Bankruptcy Rule 9013,
                                             )    Bankruptcy Local Rule 3011-1)

On May 30, 2008 CAROL ANN JACKSON filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____    1.    A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____    2.    Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____    3.    The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

___X___    4.    The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____    5.    The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.   The name on the corporate seal does not match the name listed on the claim.

_____    7.   An original power of attorney was not submitted.

_____    8.   The Proof of Service has not been completed.

_____    9.   The Proof of Service is incomplete. The following is missing:

_____

_____

_____    10.  There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    11.  There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____    12.  The documents supporting the claim have not been certified.

_____    13.  Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____    14.  Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____    15.  Fund locator submitting this claim has failed to register with this court.

_____    16.  No proof of identification provided (driver's license/passport).

_____    17.  Other:

_____    __JUN 1 6 2008__
United States Bankruptcy Judge              Date

JUST - REV