Fill in this Information to identify the case:

| Debtor 1 | Carol A Jackson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Central District of California

Case number:    8:99-BK-17678 -TA SC

**FILED
APR 09 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk**

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $37,662.81 |
|---|---|
| Claimant's Name: | Bruce Squire Law, Llc as a assignee to Carol Ann Jackson |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 4500 S LAKESHORE DR STE 368, TEMPE, AZ 85282. (636)565-0779 brucesquirelawllc@gmail.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Carol Ann Jackson

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☐ Applicant is the Claimant.
☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Central District of California
> *Civil Process Clerk-Federal Building*
> *300 North Los Angeles Street, Room 7516*
> *Los Angeles, CA 90012*

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: ___2nd December, 2024___ | Date: _____ |
| *Bruce Squire* (signature) | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| ___Bruce Squire - Managing Member___ | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 4500 S LAKESHORE DR STE 368<br>TEMPE, AZ 85282 | Address: |
| Telephone: __(636)565-0779__ | Telephone: |
| Email: ____brucesquirelawllc@gmail.com____ | Email: |

**7. Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF __Arizona__

COUNTY OF __Pima__

This Application for Unclaimed Funds, dated_____ was subscribed and sworn to (or affirmed) before me on this 2nd day of __December__, 20 24 by

__Bruce Squire__

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)    Notary Public __Pablo Beltran__

> PABLO BELTRAN
> Notary Public - State of Arizona
> PIMA COUNTY
> Commission #203399805
> Expires August 11, 2026

# BRUCE SQUIRE LAW, LLC

## Certificate of LLC Resolution

The undersigned Owner of Bruce Squire Law,llc an LLC duly organized under the law of Arizona (hereinafter the LLC), hereby certify that the following resolution were duly adopted by said owner of the LLC on 21st September, 2012 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Bruce Squire is hereby authorized and directed for and on behalf of the LLC to execute all the legal documents as approved by him as being in the best interest of the LLC; and to take any and all further actions which maybe necessary or appropriate to commence and complete said construction in such a manner as being, in his opinion, in the best interest of the LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 13th day of January, 2025

_Bruce Squire_
Bruce Squire

Date: ___13th   January,  2025___

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of January 2025, in the county of Pima, State of Arizona

_Pablo Beltran_
Signature of Notary Public

PABLO BELTRAN
Notary Public - State of Arizona
PIMA COUNTY
Commission #203399805
Expires August 11, 2026

Date Commission Expires: 8-11-2026

## CERTIFICATE OF SERVICE

I certify that on __22nd january__, 20_25_, a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by:
_____ USPS Priority Mail_____
*(Specify Method of Delivery, e.g., USPS First-Class Mail postage prepaid; hand-delivery)*
to the following:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Central District of California<br>ATTN: Unclaimed Funds Processor<br>255 E. Temple St, Room 947<br>Los Angeles, CA 90012 | Office of the United States Attorney<br>Central District of California<br>Civil Process Clerk-Federal Building<br>300 North Los Angeles Street, Room 7516<br>Los Angeles, CA 90012 |

I certify that on __22nd january__, 20_25_, a copy of the Application for Payment of Unclaimed Funds was sent by:
_____ USPS Priority Mail_____
*(Specify Method of Delivery, e.g., USPS First-Class Mail postage prepaid; hand-delivery)*

to Previous Owner(s) of Claim (if applicable):

Carol Ann Jackson

6038 S Cuprite trail,

Flagstaff, AZ 86005.

Dated:_____01/22/2025_____

Signature
Print Name: ____BRUCE SQUIRE____
Address: ____4500 S LAKESHORE DR STE 368,TEMPE, AZ 85282__

Phone: ____(636)565-0779__
Email: __brucesquirelawllc@gmail.com__

2nd December, 2024

U.S. Bankruptcy Court
Central District of California
ATTN: Unclaimed Funds Processor
255 E. Temple St, Room 947
Los Angeles, CA 90012.

    RE:    Carol Ann Jackson- Ch7   Case- 8:99-BK-17678

           Applicant for unclaimed funds

           Unclaimed funds-$37,662.81

My name is Bruce Squire and I'm the owner of Bruce Squire Law, Llc in Arizona and I am the successor claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.

I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

Regards,

Bruce Squire

Bruce Squire Law, Llc

brucesquirelawllc@gmail.com

Enclosures

CC: Office of the United States Attorney Central District of California

## LIMITED POWER OF ATTORNEY

I, <u>Carol Ann Jackson</u> hereby appoint <u>Bruce Squire Law, Llc</u>, a Arizona limited liability company, and <u>Bruce Squire</u>, its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Central District of California (the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this    27th   day of  November, 2024  and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed        this 27th  day of   November    2024        _____
                                                                                Carol Ann Jackson

SUBSCRIBED AND SWORN TO BEFORE ME this            day of                    20

County of  Pima

State of  Arizona

PABLO BELTRAN
Notary Public - State of Arizona
PIMA COUNTY
Commission #203399805
Expires August 11, 2026

                                                                    Pablo Beltran
Date of Commission Expires:                                        Notary    Public

8-11-2026

Bruce Squire Law, Llc
4500 S LAKESHORE DR STE 368
TEMPE, AZ 85282

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 28th day of November, 2024 by and between Bruce Squire, Managing Member of Bruce Squire Law, LLC , (hereinafter referred to as "Assignee" ) and whose current address is 4500 S LAKESHORE DR STE 368, TEMPE, AZ 85282 and Carol Ann Jackson (hereinafter referred to individually as "Assignor") and whose current address is 6038 S Cuprite trail, Flagstaff, AZ 86005.

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. Conveyance.
   Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

   United States Bankruptcy Court Central District of California
   Debtor- Carol A Jackson
   Chapter 13
   Case no: 8:99-BK-17678

2. Rights Given.
   By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3. Collection of Surplus funds.
   Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. Fees.
   a. Bruce Squire Law, Llc fees are 30% of the unclaimed fund balance recovered.

5. Confidentiality and Exclusivity.
   Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor.
   The assignor represents and states that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee.
   Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

CAROL ANN JACKSON
Print Name

*[signature]*
Signature
Telephone_____

Email: _____

Bruce Squire Law, Llc
*[signature]*
By: Bruce Squire, Managing Member
Phone:(636)565-0779
Email: brucesquirelawllc@gmail.com